Anthony O. Egbase, Esq. SB#181721
Law Offices of Anthony O. Egbase & Associates
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071
Tel: (213) 620-7070; Fax: (213) 620-1200

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re

GARDENT GROVE DERMATOLOGY CENTER, a California corporation,

Debtor.

Case No.: 8: 10-bk-19195

Chapter 11

**DECLARATION OF JOANNE SANCHEZ AND MEANS OF NOTICE OF EMERGENCY FIRST-DAY PLEADINGS AND RELATED DOCUMENTS**

Hearing:

Date: July 9, 2010

Time: 1:30 P.m.

Place: Courtroom 5D
411 West Fourth Street
Santa Ana, CA 92701-4593

1

## DECLARATION OF JOANNE SANCHEZ

I, Joanne Sanchez, declare as follows:

1. I am a paralegal employed by Law Offices of Anthony O. Egbase and Associates, proposed reorganization counsel for the Debtor.

2. I am over eighteen years of age and am not a party to this action. My business address is 350 S. Figueroa Street, Suite 189, Los Angeles, California 90071. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge.

On July 6, 2010, I notice of the following hearing detailed on the document attached herein as exhibit. 1

### Via Telephonic Notice

3. On July 6, 2010, I gave a Telephonic Notice of First Day Hearing to the Following parties listed below under Group 1.

I served copies of the moving papers, addressed in Exhibit 1

4. via overnight Delivery to the parties addressed in Group B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this July 6, 2010.

_____
Joanne Sanchez

# SERVICE INFORMORMATION

ELECTRONIC MAIL

United States Trustee (SA) ---------------------------- ustpregion16.sa.ecf@usdoj.gov

Attorney For Debtor------------------------------ info@anthonyegbaselaw.com

### GROUP A.

Lender: (Nara Bank)

NAR A BANK

3731 WILSHIRE BOULEVARD, SUITE 400

LOS ANGELES, CA 90010

Tel: (213) 351-5995;  Fax. (213)383-8016


JEANNINE MONTEKOVAL

LAW OFFICES OF HEMAR, ROUSSO & HEALD, LLP

15910 VENTURA BOULEVARD, 12TH FLOOR

ENCINO, CA 91436

Tel: (818)501-3800;  Fax: (818)501-2985


LARRY A. WALRAVEN

WALRAVEN & LEHMAN, LLP

120 VANTIS, SUITE 535

ALISO VIEJO, CALFIORNIA 92656

Tel: (949)215-1990;  Fax: (949)-215-1999

## GROUP B.

Lender: (Nara Bank)

NARA BANK

3731 WILSHIRE BOULEVARD, SUITE 400

LOS ANGELES, CA 90010

Tel: (213) 351-5995; Fax. (213)383-8016


OFFICE OF THE UNITED STATES TRUSTEE

411 W. FOURTH STREET, SUITE 9041

SANTA ANA, CA 92701-800


Southern California Edison

P.O. Box 600

Rosemead CA 91771-001


AT&T Mobility

P.O. Box 6463

Carol Stream, IL 60197-6463


Verizon California

P.O. Box 9688 920041

Dallas TX 75392-0041


Verizon Online

P.O. Box 12045

Trenton NJ 08650-2045

2

## GROUP C

JEANNINE MONTEKOVAL

LAW OFFICES OF HEMAR, ROUSSO & HEALD, LLP

15910 VENTURA BOULEVARD, 12TH FLOOR

ENCINO, CA 91436

Tel: (818)501-3800;  Fax: (818)501-2985


DON C. SHERWOOD, ESQ.

SHERWOOD and HARDGROVE

11812 San Vicente Boulevard, Suite 210

Los Angeles, California

Tel.: (310) 826-2625 Fax No (310) 826-6055


LARRY A. WALRAVEN

WALRAVEN & LEHMAN, LLP

120 VANTIS, SUITE 535

ALISO VIEJO, CALFIORNIA 92656

Tel: (949)215-1990;  Fax: (949)-215-1999


AT&T Payment Center

Sacramento Ca 95887-001


Southern California Edison

P.O. Box 600

Rosemead CA 91771-001

3

Verizon Online

P.O. Box 12045

Trenton NJ 08650-2045


Southern California Edison

P.O. Box 600

Rosemead CA 91771-001


AT&T : AT&T Payment Center

Sacramento Ca 95887-001


FCI LENDER SERVICES, INC

8180 EAST KAISER BOULEVARD

ANAHEIM HILLS, CA 92808


DEBTOR:

CALIFORNIA DERMATOLOGY CENTER

414 N. CAMDEN DRIVE, SUTIER 775

BERVERLY HILLS, CA 90210


GARDEN GROVE DERMATOLOGY CENTER, INC.

12665 GARDEN GROVE BLVD, SUITE 701

GARDEN GROVE, CA 92843

# EXHIBIT 1

Anthony O. Egbase, Esq. SB#181721
Law Offices of Anthony O. Egbase & Associates
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071
Tel: (213) 620-7070; Fax: (213) 620-1200

Proposed Attorney for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 8: 10-bk-19195 |
| GARDEN GROVE DERMATOLOGY CENTER INC; | Chapter 11 |
| | NOTICE OF HEARING ON DEBTOR'S EMERGENCY "FIRST DAY" MOTIONS |
| | Hearing: |
| Debtor. | Date: July 9, 2010 |
| | Time: 1:30 p.m. |
| | Place: Courtroom 5D<br>411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL SECURED CREDITORS AND THEIR COUNSEL (IF KNOWN), 20 LARGEST UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that, on July 9, 2010 at 1:30 p.m., the Honorable ROBERT N. KWAN, United States Bankruptcy Judge for the Central District of California, will consider the following emergency motions (collectively, the "Motions") filed by GARDEN GROVE DERMATOLOGY CENTER, INC., BEVERLY HILLS DERMATOLOGY CENTER, INC; CORONA DERMATOLOGY CENTER, INC; COVINA DERMATOLOGY CENTER, INC; DIAMOND BAR DERMATOLOGY CENTER, INC; CALIFORNIA DERMATOLOGY CENTER, INC collectively debtors and debtors in possession in the above-captioned Chapter 11 bankruptcy case:

1. Ex Parte Motion For Entry Of Order Authorizing and Directing Joint Administration and Use of Consolidated Caption.

2. Emergency Motion for Order: (1) Authorizing Debtor and Debtor in Possession to Use Cash Collateral; and (3) Scheduling a Final Hearing Thereon.

3. Emergency Motion for Order Authorizing Debtor and Debtor in Possession to Maintain Existing Cash Management System and Certain Prepetition Bank Accounts;

4. Emergency Motion for Order Authorizing Debtor and Debtor in Possession to Honor and Pay Employee Wages And Associated with Employee Benefits.

5. Emergency Motion for Order Determining Adequate Assurance of Payment for Postpetition Utility Services;

6. Emergency Motion Order Extending Time to File Schedules and Related Materials; and

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9075-1(a)(5), on July 6, 2010 copies of the Motions, together with all papers filed in support thereof,

were served, via overnight delivery, upon the Office of the United States Trustee, the Debtor's secured creditors and their counsel (if known), the Debtor's 20 largest unsecured creditors, parties affected by the respective Motions, and other parties in interest. The Utility Motion was also served via overnight mail upon each of the utility companies with which the Debtor maintained a prepetition account.

Any party wishing to obtain additional copies of the Motions should contact proposed counsel for the Debtor at the address set forth in the upper left-handed corner of this Notice.

**PLEASE TAKE FURTHER NOTICE** that any opposition to any Motion must be filed prior to or at the hearing.

Dated: July 6, 2010                     LAW OFFICES OF ANTHONY O. EGBASE &
                                        ASSOCIATES


                                        By: _____
                                        ANTHONY O. EGBASE

# EXHIBIT A