Anthony O. Egbase, Esq. SB#181721
Law Offices of Anthony O. Egbase & Associates
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071
Tel:  (213) 620 -7070; Fax: (213) 620 -1200

Attorney for Debtor and Debtor-in- Possession

**FILED & ENTERED**

JUL 08 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid        DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| **In re**<br>**GARDEN GROVE DERMATOLOGY CENTER, INC.**<br><br>In re: Beverly Hills Dermatology Center Inc.,<br>In re: Corona Dermatology Center Inc.,<br>In re: Covina Dermatology Center, Inc.,<br>In re: Diamond Bar Dermatology Center Inc.,<br>In Re: California Dermatology Center Inc.<br>    **Debtors**<br>X Affects All Debtors<br>☐Affects California Dermatology Center, Inc<br>☐Corona Dermatology Center Inc.,<br>☐Covina Dermatology Center, Inc.,<br>☐Diamond Bar Dermatology Center Inc.,<br>☐Del Mar Dermatology Center Inc.,<br>☐Garden Grove Dermatology Center Inc. and<br>☐Beverly Hills Dermatology Center Inc., | Chapter 11 Cases<br><br>Lead Case No. **8:10-bk-19195-ES** (Jointly Administered with:<br><br>Case No. **8:10-bk-19227-ES**<br>Case No. **8:10:bk-19210-ES**<br>Case No. **8:10-bk-19223-ES**<br>Case No. **8:10-bk-19230-ES**<br>Case No**. 8:10-bk-19216-ES**<br><br>**ORDER ON DEBTOR-IN-POSSESSION'S EXPARTE EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CASES**<br><br>**(NO HEARING REQUIRED)** |

**ORDER ON JOINT ADMINISTRATION OF CASES**

-1-

      The Court, having considered the motions filed by the Chapter 11 debtors and debtors in possession in the above-captioned bankruptcy cases, for joint administration of cases (the "Motions"), the declaration in support of the Motions and the entire record in these bankruptcy cases, no opposition having been filed to the Motions, no request for a hearing on the Motions having been filed, and good cause appearing therefor,

      IT IS HEREBY ORDERED that

(1)    the Motions are granted;

(2)    the Debtors' Chapter 11 bankruptcy cases shall be jointly administered;

(3)    the Chapter 11 bankruptcy case of Garden Grove Dermatology Center, Inc., a California Corporation, ( Case No. **8:10-bk-19195-ES**) shall be, and is hereby, designated as the lead case (the "Lead Case");

(4)    all pleadings in the Debtors' Chapter 11 bankruptcy cases shall be filed in the Lead Case only;

(5)    all parties shall utilize the caption set forth in the Motions when filing papers in the Debtors' Chapter 11 bankruptcy cases in the Lead Case; and

(6)    Nothing herein shall be construed as substantive consolidation of the Debtors or their assets or operations.

      IT IS SO ORDERED.

                                ###

DATED: July 8, 2010

_____
United States Bankruptcy Judge

**ORDER ON JOINT ADMINISTRATION OF CASES**

-2

| In re:<br>**GARDEN GROVE DERMATOLOGY CENTER**<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: **8:10-bk-19195-ES** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 350 S. Figueroa Street, Suite 189, Los Angeles, Ca 90071

A true and correct copy of the foregoing document described Order: **ORDER ON JOINT ADMINISTRATION OF CASES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On July 8, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

FCI LENDER SERVICES, INC
8180 EAST KAISER BOULEVARD
ANAHEIM HILLS, CA 92808

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/8/2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

PERSONAL DELIVERY: Lender: (Nara Bank)
NAR A BANK
3731 WILSHIRE BOULEVARD, SUITE 400
LOS ANGELES, CA 90010
Tel: (213) 351-5995; Fax. (213)383-8016

OFFICE OF THE UNITED STATES TRUSTEE
411 W. FOURTH STREET, SUITE 9041
SANTA ANA, CA 92701-800

PERSONAL DELIVERY:
FCI LENDER SERVICES, INC
8180 EAST KAISER BOULEVARD
ANAHEIM HILLS, CA 92808

TELEPHONIC NOTICE:
DON C. SHERWOOD, ESQ.
SHERWOOD and HARDGROVE
11812 San Vicente Boulevard, Suite 210
Los Angeles, California
Tel.: (310) 826-2625 Fax No (310) 826-6055

**ORDER ON JOINT ADMINISTRATION OF CASES**

-3

| | |
|---|---|
| TELEPHONIC NOTICE:<br>JEANNINE MONTEKOVAL<br>LAW OFFICES OF HEMAR, ROUSSO & HEALD, LLP<br>15910 VENTURA BOULEVARD, 12TH FLOOR<br>ENCINO, CA 91436<br>Tel: (818)501-3800;  Fax: (818)501-2985 | TELEPHONIC NOTICE:<br>LARRY A. WALRAVEN<br>WALRAVEN & LEHMAN, LLP<br>120 VANTIS, SUITE 535<br>ALISO VIEJO, CALFIORNIA 92656<br>Tel: (949)215-1990;  Fax: (949)-215-1999 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7 /8 /10 | *Joanne Sanchez* | /s/ Joanne Sanchez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ORDER ON JOINT ADMINISTRATION OF CASES**

-4-

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON JOINT ADMINISTRATION OF CASES** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of      7/8/2010     , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (SA) -------------- ustpregion16.sa.ecf@usdoj.gov
Attorney For Debtor---------------------- info@anthonyegbaselaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**ORDER ON JOINT ADMINISTRATION OF CASES**

-5

NARA BANK
3731 WILSHIRE BOULEVARD, SUITE 400
LOS ANGELES, CA 90010

OFFICE OF THE UNITED STATES TRUSTEE
411 W. FOURTH STREET, SUITE 9041
SANTA ANA, CA 92701-800

FCI LENDER SERVICES, INC
8180 EAST KAISER BOULEVARD
ANAHEIM HILLS, CA 92808

DON C. SHERWOOD, ESQ.
SHERWOOD and HARDGROVE
11812 San Vicente Boulevard, Suite 210
Los Angeles, California

JEANNINE MONTEKOVAL
LAW OFFICES OF HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436

LARRY A. WALRAVEN
WALRAVEN & LEHMAN, LLP
120 VANTIS, SUITE 535
ALISO VIEJO, CALFIORNIA 92656

**ORDER ON JOINT ADMINISTRATION OF CASES**

-6