Anthony O. Egbase (SBN 181721)
**LAW OFFICES OF ANTHONY O. EGBASE & ASSOCIATES**
350 S. Figueora Street., Ste 189
Los Angeles, CA 90071
(213) 620-7070
(213) 620-1200 Facsimile

Attorney for Debtor-in-possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: **8:10-bk-19195-ES** |
| **GARDEN GROVE DERMATOLOGY,** | Chapter 11 |
| | PROOF OF SERVICE OF ORDER: (1) SETTING HEARING ON STATUS OF CHAPTER 11 CASE; AND (2) REQUIRING REPORT ON STATUS OF CHAPTER 11 CASE |
| Debtor-in-possession. | |

COMES NOW DEBTOR, Garden Grove Dermatology, hereby gives notice of filing Proof Of Service on July 21, 2010, attached hereto.

Dated: July 21, 2010          Law Offices of Anthony O. Egbase & Associates

By _____

Anthony O. Egbase
Attorney for Debtor-in-possession

```
                    ENTERED
                    JUL 21 2010
          CLERK U.S. BANKRUPTCY COURT
          CENTRAL DISTRICT OF CALIFORNIA
          BY:                Deputy Clerk

                    FILED
                    JUL 20 2010
          CLERK, U.S. BANKRUPTCY COURT
          CENTRAL DISTRICT OF CALIFORNIA
          BY                 Deputy Clerk
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Chapter 11 |
| GARDEN GROVE DERMATOLOGY, | ) Case No. 8: 10-19195ES |
| Debtor. | ) (and related cases: 8:10:191210, 8:10-191216, 8:10-191223, 8:10-191227, 8:10-191230) |
| | ) ORDER: (1) SETTING HEARING ON STATUS OF CHAPTER 11 CASE; AND (2) REQUIRING REPORT ON STATUS OF CHAPTER 11 CASE |
| | ) Date: September 9, 2010 |
| | ) Time: 10:30 a.m. |
| | ) Place: Courtroom 5A |

You are hereby notified that a Status Conference hearing has been scheduled to take place in this Chapter 11 case at the above-captioned time and place. At the Status Conference, the Court may, among other things, set the date by which executory contracts or unexpired leases must be assumed or rejected, and set deadlines for filing proofs of claims and interests, for the filing of a plan and disclosure statement, and for confirmation of a plan. Failure to file a disclosure statement,

obtain approval of a disclosure statement, or confirm a plan by any deadlines set by the Court may result in dismissal or conversion of this case.

THE COURT HEREBY ORDERS:

1. The Debtor-in-Possession (or Chapter 11 Trustee, if one has been appointed) shall give written notice of the Status Conference to all parties entitled to notice under Rule 2002(a) of the Bankruptcy Rules of Procedure, twenty-one (21) days before the hearing date stated above.

2. The Debtor-in-Possession (or Chapter 11 Trustee, if one has been appointed), shall file a Status Report with the court; submit a file-stamped courtesy copy to 411 W. Fourth Street, Fifth Floor, Santa Ana, California; and serve the Status Report upon the United States Trustee and all official committees twenty-one (21) days before the hearing date stated above.

3. The Status Report shall be supported by evidence in the form of declarations and supporting documents.

4. The Status Report shall contain a discussion regarding the following:

   (a) Whether the Debtor is in compliance with all of its duties under 11 U.S.C. §§ 521, 1106, and 1107, and all applicable guidelines of the Office of the U. S. Trustee. If not, explain why.

   (b) Whether the Debtor has employed any professionals. If so, whether the Court has approved the employment. If Court has not approved the employment, explain why.

   (c) The status of the Debtor's post-petition operations.

-2-

(d) The status of any post-petition litigation involving the Debtor.

(e) The status of any executory contracts or unexpired leases involving non-residential real property under in which the Debtor is a lessee and the Debtor's intentions regarding the assumption/rejection of such contracts and leases.

(f) Estimation of when a plan and disclosure statement will be filed and served, if the same has not been filed already.

(g) Reasons why a plan and disclosure statement cannot be filed until the date stated above.

(h) The proposed deadline for filing proofs of claims.

(i) Whether the estate has any potential avoidance actions as described in 11 U.S.C. § 546. If so, state whether complaints have been filed. If complaints have not been filed, explain why and estimate when they will be filed.

IT IS FURTHER ORDERED that failure to comply with any provision of this order may be deemed consent to the conversion or dismissal of this case.

Date: 7/20/10

ERITHE A. SMITH
U. S. Bankruptcy Judge

- 3 -

USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled  ORDER: (1) SETTING HEARING ON STATUS OF CHAPTER 11 CASE; AND (2) REQUIRING REPORT ON STATUS OF CHAPTER 11 CASE  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF@) – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

ustpregion16.sa.ecf@usdoj.gov                ☐ Service information continued on attached page

II. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Garden Grove Dermatology Center, Inc.
12665 Garden Grove Blvd, Suite 701
Garden Grove, CA 92843

Anthony O. Egbase, Esq.
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA   90071
                                           ☐ Service information continued on attached page

III. TO BE SERVED BY THE LODGING PARTY: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

                                           ☐ Service information continued on attached

- 4 -

| In re: Garden Grove Dermatology Center Inc., A Medical Corporation | Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 8:10-bk-19195-ES |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

World Trade Center, 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as __Order (1) Setting Hearing on Status of Chapter 11 case; and (2) requiring report on status of chapter 11 case__ will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d), and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __7/21/2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- Anthony Egbase info@anthonyegbaselaw.com
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __7/21/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/21/2010 | JOANNE SANCHEZ | /s/ Signature |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

Garden Grove Dermatology Center Inc., A Medical Corporati
12665 Garden Grove Blvd, Suite 701
Garden Grove, CA 92843


Anthony O. Egbase
Law Office of Anthony O. Egbase & Associates
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90


At&t
PO Box 60017
Los Angeles, CA 90060


At&T Mobility
PO Box 6463
Carol Stream, IL 60197


Candela Corp
530 Boston Post Road
Wayland, MA 01778


Corona Point Associates, LLC
po Box 15717
Beverly Hills, CA 90209


Daron L. Tooch
Hooper Lundy & Bookman, Inc.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067


De Lage Landen Financial Services,
Inc.
P.O. Box 41602
Philadelphia, PA 19102

Direct TV
P.O. Box 6550
Englewood, CO 80155


Don C. Sherwood, Esq.
Sherwood and Hardgrove
Douglas Emmett 1995, LLC, a delware
11812 San Vicente Blvd, Suite 210
Los Angeles, CA 90049


Excel Managment West Hollywood
PO Box 5357
Beverly Hills, CA 90209


FCI Lender Services
Agent for Nara Bank
8180 E. Kaiser Blvd
Anaheim, CA 92808


Francis T. Sakamaki
Sakamaki & Baugartner
Yellow Book Sales And Distributor
500 N. State College Blvd, Ste 1100
Orange, CA 92868


Harry Nelson
Fenton & Nelson, LLP
11835 W. Olympic Blvd, Suite 705
Los Angeles, CA 90064


Hemar, Rousso & Heald LLP
c/o De Lage Landen, Etc
15910 Ventura Blvd, 12th Floor
Encino, CA 91436


Jeannine Montekoval
Law Offices of Hemar, Rousso
& Heald, LLP
15910 Ventura Blvd, 12th floor
Encino, CA 91436

John A. Cone, Jr.
Cone & Kassel
2030 Main Street, Suite 1040
Irvine, CA 92614


Larry A. Walraven
Attorney for Uniprise, Inc. aka
United Healthcare
120 Vantis, Suite 535
Aliso Viejo, CA 92656


M2M Properties
1335 W. Cypress #207
San Dimas, CA 91773


NARA Bank, Commercial Loan Depart
3600 Wilshire Blvd, #100-A
Los Angeles, CA 90010


Neopost Leading
PO Box 45822
San Francisco, CA 94145


Office of the United States Trustee
411 W. Fourth Street, Suite 9041
Santa Ana, CA 92701


Sandra I. Tiberi
Hemar, Roussso & Heald, LLP
c/o De Lage Landen, etc
15910 Ventura Blvd, 12 th Floor
Encino, CA 91436


Southern California Edison
P.O. Box 600
Rosemead, CA 91771

```
Sprint
6391 Sprint Pkwy.
Overland Park, KS 66251


Steven Firedland, Esq.
Dyne, Friedland & Omrani
c/o Caine & Weiner Company, Inc.
6355 Topanga Canyon Blvd, Suite 235
Woodland Hills, CA 91367


Tygris Commercial Finance
Dept 1608
Denver, CO 80291


Uniprise, Inc.
c/o Larry Walraven
Walraven & Lehman LLP
120 Vantis, Suite 535
Aliso Viejo, CA 92656


United Healthcare Insurance Co.
c/o Larry A. Walraven
120 Vantis Suite 535
Aliso Viejo, CA 92656


Verizon Online
P.O. Box 12045
Trenton, NJ 08650


Verizon Wireless
Attn: Bankruptcy Administration
PO Box 3397
Bloomington, IL 61702
```