| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Anthony O. Egbase<br>Law Office of Anthony O. Egbase & Associates<br>The World Trade Center<br>350 S. Figueroa Street, Suite 189<br>Los Angeles, CA 90071<br>213-620-7070  Fax: 213-620-1200<br>181721<br>☒ Attorney for Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CASE NO.: 8:10-bk-19195-ES |
|---|---|
| | CHAPTER: 11 |
| In re:<br><br>**Garden Grove Dermatology Center Inc., A Medical Corporation**<br><br>In re: Beverly Hills Dermatology Center Inc.,<br>In re: Corona Dermatology Center Inc.,<br>In re: Covina Dermatology Center, Inc.,<br>In re: Diamond Bar Dermatology Center Inc.,<br>In Re: California Dermatology Center Inc.<br>   Debtors<br>☐   Affects All Debtors<br>☒ Affects California Dermatology Center, Inc<br>☐ Beverly Hills Dermatology Center Inc.,<br>☐ Corona Dermatology Center Inc.,<br>☐ Covina Dermatology Center, Inc., and<br>☐ Garden Grove Dermatology Center Inc.<br>                                                    Debtor. | DATE: SEPTEMBER 9, 2010<br><br>TIME: 10:30 AM<br><br>COURTROOM: 5A |

## NOTICE OF CONTINUED HEARING OF MOTION FOR:

FINAL HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL ON INTERIM BASIS PENDING A FINAL HEARING

*(Specify name of Motion)*

1. TO:  ALL INTERESTED PARTIES

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| Hearing Date: 9/9/2010 | Time: 10:30AM | Courtroom: 5A | Floor: 5th |
|---|---|---|---|
| ☐ 255 East Temple Street, Los Angeles | | ☒ | 411 West Fourth Street, Santa Ana |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ | 1415 State Street, Santa Barbara |
| ☐ 3420 Twelfth Street, Riverside | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the Judge's self-calendaring

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                F 9013-1.1

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

| In re | CHAPTER: 11 |
|---|---|
| Garden Grove Dermatology Center Inc., A Medical Corporation  Debtor(s). | CASE NO.: 8:10-bk-19195-ES |

procedures.

Dated: **August 10, 2010**

<u>Law Office of Anthony O. Egbase & Associates</u>
*Law Firm Name*

By: *[signature]*

Name: <u>Anthony O. Egbase 181721</u>
*Attorney for Movant*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

**F 9013-1.1**
Best Case Bankruptcy

Notice of Motion (with Hearing) - Page 3

| In re                                                      | CHAPTER: 11                    |
|------------------------------------------------------------|--------------------------------|
| Garden Grove Dermatology Center Inc., A Medical Corporation |                                |
|                                                  Debtor(s).| CASE NO.: 8:10-bk-19195-ES     |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**World Trade Center, 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as   **NOTICE OF CONTINUED HEARING OF MOTION FOR FINAL HEARING ON DEBTOR**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   **8/10/2010**   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- Anthony Egbase     info@anthonyegbaselaw.com
- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On   **8/10/2010**   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**20 Largest Unsecured Creditors**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   **8/10/2010**   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Persona l Delivery on Nara Bank
Agent for Service of Process
Helen Yun Kim
3731 Wilshire Blvd, suite 1000
Los Angeles, CA 90010**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 10, 2010** | **JOANNE SANCHEZ** |                |
|---------------------|--------------------|----------------|
| Date                | Type Name          | Signature      |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-1.1
Best Case Bankruptcy

CREDITOR

Nara Bank
3731 Wilshire Blvd, suite 1000
Los Angeles, CA 90010

NARA Bank, Commercial Loan Depart
3600 Wilshire Blvd, #100-A
Los Angeles, CA 90010

At&t
PO Box 60017
Los Angeles, CA 90060

Candela Corp
530 Boston Post Road
Wayland, MA 01778

California Bank Trust
550 Hope Street
Los Angeles, CA 90071

Corona Point Associates, LLC
po Box 15717
Beverly Hills, CA 90209

Daron L. Tooch
Hooper Lundy & Bookman, Inc.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067

De Lage Landen Financial Services, Inc.
P.O. Box 41602
Philadelphia, PA 19102

Direct TV
P.O. Box 6550
Englewood, CO 80155

Don C. Sherwood, Esq.
Sherwood and Hardgrove
Douglas Emmett 1995, LLC, a delware
11812 San Vicente Blvd, Suite 210
Los Angeles, CA 90049

Excel Managment West Hollywood
PO Box 5357
Beverly Hills, CA 90209

FCI Lender Services
Agent for Nara Bank
8180 E. Kaiser Blvd
Anaheim, CA 92808

Francis T. Sakamaki
Sakamaki & Baugartner
Yellow Book Sales And Distributor
500 N. State College Blvd, Ste 1100
Orange, CA 92868

Harry Nelson
Fenton & Nelson, LLP

Page 1

CREDITOR

11835 W. Olympic Blvd, Suite 705
Los Angeles, CA 90064

Hemar, Rousso & Heald LLP
c/o De Lage Landen, Etc
15910 Ventura Blvd, 12th Floor
Encino, CA 91436

John A. Cone, Jr.
Cone & Kassel
2030 Main Street, Suite 1040
Irvine, CA 92614

Larry A. Walraven
Attorney for Uniprise, Inc. aka
United Healthcare
120 Vantis, Suite 535
Aliso Viejo, CA 92656

M2M Properties
1335 W. Cypress #207
San Dimas, CA 91773

Neopost Leading
PO Box 45822
San Francisco, CA 94145

Sandra I. Tiberi
Hemar, Roussso & Heald, LLP
c/o De Lage Landen, etc
15910 Ventura Blvd, 12 th Floor
Encino, CA 91436

Sprint
6391 Sprint Pkwy.
Overland Park, KS 66251

Steven Firedland, Esq.
Dyne, Friedland & Omrani
c/o Caine & Weiner Company, Inc.
6355 Topanga Canyon Blvd, Suite 235
Woodland Hills, CA 91367

Tygris Commercial Finance
Dept 1608
Denver, CO 80291

Uniprise, Inc.
c/o Larry Walraven
Walraven & Lehman LLP
120 Vantis, Suite 535
Aliso Viejo, CA 92656

United Healthcare Insurance Co.
c/o Larry A. Walraven
120 Vantis Suite 535
Aliso Viejo, CA 92656

Verizon Wireless
Attn: Bankruptcy Administration
PO Box 3397
Bloomington, IL 61702

CREDITOR