Anthony O. Egbase, Esq. SB#181721
Law Offices of Anthony O. Egbase & Associates
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071
Tel: (213) 620 -7070
Fax: (213) 620 -1200

Proposed Attorney for Debtor and Debtor-in- Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re:**<br>**GARDEN GROVE DEMATOLOGY CENTER INC.**<br><br>In re: Beverly Hills Dermatology Center Inc.,<br>In re: Corona Dermatology Center Inc.,<br>In re: Covina Dermatology Center, Inc.,<br>In re: Diamond Bar Dermatology Center Inc.,<br>In Re: California Dermatology Center Inc.<br>    Debtors<br><br>☐ Affects All Debtors<br>■ Affects California Dermatology Center, Inc<br>☐ Beverly Hills Dermatology Center Inc.,<br>☐ Corona Dermatology Center Inc.,<br>☐ Covina Dermatology Center, Inc., and<br>☐ Garden Grove Dermatology Center Inc.<br><br>    Debtor-in-Possession | Lead Case No. **8:10-bk-19195-ES**, (Jointly Administered with:<br><br>Case No. **8:10-bk-19227-ES**<br>Case No. **8:10:bk-19210-ES**<br>Case No. **8: 10-bk -19223-ES**<br>Case No. **8:10-bk-19230-ES**<br>Case No. **8:10-bk-19216-ES**<br><br>Chapter 11 Case<br><br>**PROOF OF SERVICE OF NOTICE OF CONTINUED HEARING OF MOTION AND MOTION FOR FINAL HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL ON INTERIM BASIS PENDING A FINAL AND INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL ON INTERIM BASIS PENDING A FINAL HEARING** |

1  COMES NOW DEBTOR-IN-POSSESSION, Garden Grove Dermatology Center, Inc. A
2  Medical Corporation, and hereby gives notice of filing Proof of Service on August 10, 2010,
3  attached hereto.
4
5  Dated: August 10, 2010          LAW OFFICE OF ANTHONY O. EGBASE &
                                   ASSOCIATES
6
7
8                                  BY: _____.
9                                      ANTHONY O. EGBASE
10                                     Attorney for Debtor-in-possession

PROOF OF SERVCE OF NOTICE

| In re: | | CHAPTER: **11** |
|---|---|---|
| **Garden Grove Dermatology Center Inc., A Medical Corporation** | Debtor(s). | CASE NUMBER: **8:10-bk-19195-ES** |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**World Trade Center, 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as   **Notice of Continued hearing of motion and Motion on Debtor's Motion for Order Authorizing Debtor use of cash Collateral on Interim Basis Pending a Final Hearing  and Interim Order Authorizing Debtor's Use of Cash Collateral On Interim Basis Pending a Final Hearing**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   **8/10/2010**   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- Anthony Egbase info@anthonyegbaselaw.com
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On   **8/10/2010**   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**20 Largest Unsecured Creditors (see Attached List)**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   **8/10/2010**   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Personal Delivery on Nara Bank, Agent for Service of Process**
**Helen Yun Kim, 3731 Wilshire Blvd, Suite 1000, Los Angeles, CA 90010**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/10/2010 | **JOANNE SANCHEZ** | _signed_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 9013-3.1
Best Case Bankruptcy

CREDITOR

Nara Bank
3731 Wilshire Blvd, suite 1000
Los Angeles, CA 90010

NARA Bank, Commercial Loan Depart
3600 Wilshire Blvd, #100-A
Los Angeles, CA 90010

At&t
PO Box 60017
Los Angeles, CA 90060

Candela Corp
530 Boston Post Road
Wayland, MA 01778

California Bank Trust
550 Hope Street
Los Angeles, CA 90071

Corona Point Associates, LLC
po Box 15717
Beverly Hills, CA 90209

Daron L. Tooch
Hooper Lundy & Bookman, Inc.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067

De Lage Landen Financial Services, Inc.
P.O. Box 41602
Philadelphia, PA 19102

Direct TV
P.O. Box 6550
Englewood, CO 80155

Don C. Sherwood, Esq.
Sherwood and Hardgrove
Douglas Emmett 1995, LLC, a delware
11812 San Vicente Blvd, Suite 210
Los Angeles, CA 90049

Excel Managment West Hollywood
PO Box 5357
Beverly Hills, CA 90209

FCI Lender Services
Agent for Nara Bank
8180 E. Kaiser Blvd
Anaheim, CA 92808

Francis T. Sakamaki
Sakamaki & Baugartner
Yellow Book Sales And Distributor
500 N. State College Blvd, Ste 1100
Orange, CA 92868

Harry Nelson
Fenton & Nelson, LLP

CREDITOR

11835 W. Olympic Blvd, Suite 705
Los Angeles, CA 90064

Hemar, Rousso & Heald LLP
c/o De Lage Landen, Etc
15910 Ventura Blvd, 12th Floor
Encino, CA 91436

John A. Cone, Jr.
Cone & Kassel
2030 Main Street, Suite 1040
Irvine, CA 92614

Larry A. Walraven
Attorney for Uniprise, Inc. aka
United Healthcare
120 Vantis, Suite 535
Aliso Viejo, CA 92656

M2M Properties
1335 W. Cypress #207
San Dimas, CA 91773


Neopost Leading
PO Box 45822
San Francisco, CA 94145

Sandra I. Tiberi
Hemar, Roussso & Heald, LLP
c/o De Lage Landen, etc
15910 Ventura Blvd, 12 th Floor
Encino, CA 91436

Sprint
6391 Sprint Pkwy.
Overland Park, KS 66251

Steven Firedland, Esq.
Dyne, Friedland & Omrani
c/o Caine & Weiner Company, Inc.
6355 Topanga Canyon Blvd, Suite 235
Woodland Hills, CA 91367

Tygris Commercial Finance
Dept 1608
Denver, CO 80291

Uniprise, Inc.
c/o Larry Walraven
Walraven & Lehman LLP
120 Vantis, Suite 535
Aliso Viejo, CA 92656

United Healthcare Insurance Co.
c/o Larry A. Walraven
120 Vantis Suite 535
Aliso Viejo, CA 92656

Verizon Wireless
Attn: Bankruptcy Administration
PO Box 3397
Bloomington, IL 61702

CREDITOR

CREDITOR