| | |
|---|---|
| | **FILED & ENTERED** |
| | AUG 12 2010 |
| | **CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |

1  PETER C. ANDERSON
   United States Trustee
2  Nancy S. Goldenberg (Bar No. 167544)
   Attorney for U.S. Trustee
3  Ronald Reagan Federal Building
       & United States Courthouse
4  411 West Fourth Street, Suite 9041
   Santa Ana, CA  92701-8000
5  Telephone: (714) 338-3400
   Facsimile: (714) 338-3421
6  Email:  nancy.goldenberg@usdoj.gov

7

8                    UNITED STATES BANKRUPTCY COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9                         SANTA ANA DIVISION

10 | In re: | CHAPTER 11 |
|---|---|
| GARDEN GROVE DERMATOLOGY CENTER, INC., | CASE NUMBER:  8:10-bk-19195-ES; Jointly Administered with:<br><br>8:10-bk-19210-ES; 8:10-19216-ES;<br>8:10-19223-ES; 8:10-19227-ES;<br>8:10-19230-ES |
| Debtors. | ORDER APPROVING STIPULATION APPOINTING A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. §333 |

Upon consideration of the Stipulation (**see Stipulation filed on August 12, 2010, as docket item #54)** and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT**:

/ /

/ /

/ /

1. The Stipulation between the U.S. Trustee and Debtors appointing a patient care ombudsman pursuant to 11 U.S.C. §333 is hereby approved.

**IT IS SO ORDERED**.

**###**

DATED: August 12, 2010

_Erithe A. Smith_
United States Bankruptcy Judge

| In re:  GARDEN GROVE DERMATOLOGY CENTER, INC., | CHAPTER 11 |
|---|---|
| Debtor | CASE NUMBER: 8:10-bk-19195-ES |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION APPOINTING A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. §333** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 12, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Anthony Egbase    info@anthonyegbaselaw.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Garden Grove Dermatology Center Inc.,** 12665 Garden Grove Blvd, Suite 701, Garden Grove, CA 92843

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, first class, postage prepaid, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page