Anthony O. Egbase (SBN: 181721)
Onyinye N. Anyama (SBN: 262152)
LAW OFFICES OF ANTHONY O. EGBASE & ASSOCIATES
World Trade Center
Los Angeles, California 90071
Tel: (213)620-7070
Fax: (213)620-1200

**FILED & ENTERED**

**SEP 09 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY reid        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: <br> GARDEN GROVE DERMATOLOGY CENTER, INC., A MEDICAL CORPORATION <br> In re: Beverly Hills Dermatology Center, Inc., <br> In re: Corona Dermatology Center, Inc. <br> In re: Covina Dermatology Center, Inc. <br> In re: Diamond Bar Dermatology Center, Inc. <br> In re: California Dermatology Center, Inc. <br><br> Debtors <br> ☐ Affects all Debtors <br> ☐ Beverly Hills Dermatology Center, Inc., <br> ☐ Corona Dermatology Center, Inc. <br> ☐ Covina Dermatology Center, Inc. <br> ☐ Diamond Bar Dermatology Center, Inc. <br> ☐ California Dermatology Center, Inc | Chapter 11 cases <br><br> Lead Case No. 8:10-bk-19195-ES(Jointly administered with: <br><br> Case No. 8:10-bk-19227-ES <br> Case No. 8:10-bk- 19210-ES <br> Case No. 8:10-bk- 19223-ES <br> Case No. 8:10-bk- 19230-ES <br> Case No. 8:10-bk- 19216-ES <br><br> **ORDER TO SHOW CAUSE RE: MOTION TO FIND CREDITOR, UNIPRISE, INC.,aka UNITED HEALTHCARE, A DELAWARE CORPORATION AND ITS COUNSEL, BRYAN S. WESTERFIELD OF WALRAVEN & LEHMAN LLP IN CONTEMPT FOR VIOLATIONS OF THE AUTOMATIC STAY.** |

Based on the Motion to find Creditor, Uniprise, Inc., aka United Healthcare, a Delaware corporation and its counsel, Bryan S. Westerfield of Walraven & Lehman LLP in Civil Contempt for Violation of the Automatic Stay pursuant to 11 U.S.C 362 and the Declaration of Anthony O. Egbase, it is hereby:

///

///

///

**ORDER**

**ORDERED,** that the above named Respondents show cause at a hearing to be held before the Honorable Erithe A. Smith in Court room 5A at the United States Bankruptcy Court, located at 411 West Fourth Street, Suite 5041, on **September 30, 2010 at 2:00 p.m.** why an order should not be entered granting Debtor's motion to find Uniprise Inc., aka United Healthcare, a Delaware Corporation and its counsel Bryan S. Westerfield of Walraven & Lehman LLP in contempt for violations of automatic stay despite notice of the Debtor's Chapter 11 bankruptcy filing.

**IT IS FURTHER ORDERED** that respondents may file and serve by facsimile or electronic male papers in opposition to the motion to find Contempt by **September 17, 2010;** and

**IT IS FURTHER ORDERED** that Debtors may file and serve by facsimile or electronic mail a reply to any opposition by **September 24, 2010; and**

**IT IS FURTHER ORDERED** that service of a copy of this Order and the Motion upon counsel for Respondents by facsimile or electronic mail by **September 10, 2010** shall be deemed good and sufficient service thereof.

###

DATED: September 9, 2010

_Erithe A. Smith_
United States Bankruptcy Judge

**ORDER**

# PROOF OF SERVICE OF DOCUMENT

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071

A true and correct copy of the foregoing document described ORDER TO SHOW CAUSE RE: CONTEMPT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On 9/1/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
20 Largest Unsecured Creditors

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Personal Delivery on Nara Bank

**ORDER**

Agent for service of Process
Helen Yun Kim
3731 Wilshire Blvd, Suite 1000
Los Angeles, CA 90010

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/1/2010 | Victor Hernandez | /s/ Victor Hernandez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ORDER**

CREDITORS

Nara Bank
3731 Wilshire Blvd, Suite 1000
Los Angeles, CA 90010

AT&T
P.O.Box 60017
Los Angeles, CA 90060

Attorney for Uniprise, Inc. akaUnited Healthcare
Larry A.Walraven
120 Vantis, Suite 535
Aliso Viejo, CA 92656

Candela Corp
530 Boston Post Road
Wayland, Ma 01778

California Bank Trust
550 Hope Street,
Los Angeles, CA 90071

Corona Point Associates, LLC
P.O.Box 15717
Beverly Hills, CA 90209

Daron L. Tooch
Hooper Lundy & Bookman, Inc.
1875 Century Park East, Suite 1600

De Lage Landen Financial Services, Inc
P.O.Box 41602
Philadelphia, PA 19102

Direct TV
P.O.Box 6550
Englewood, CA 80155

Don C. Shervood, Esq
Sherwood and Hardgrove
Douglas Emmett 1995, LLC. A Delaware
11812 San Vicente Blvd, Suite 210
Los Angeles, CA 90049

**ORDER**

```
Excel Management West Hollywood
P.O.Box 5357, Beverly Hills, CA 90209

FCI Lender Services
Agent for Nara Bank
8180 E. Kaiser Blvd.
Anaheim, CA 92808

Francis T.Sakamaki
Yellow Book Sales and Distributor
500 B. State College Blvd, Suite 1100
Orange, CA 92868

Harry Nelson
Fenton & Nelson, LLP
11835 W. Olympic Blvd, Suite 705
Los Angeles, CA 90064

Hemar, Rousso & Heald LLP
c/o De Lage Landen, ETC
15910 Ventura Blvd, 12th Floor
Encino, CA 91436

John A. Cone, Jr.
Cone & Kassel
2030 Main Street, Suite 1040
Irvine, CA 92614

Sprint
6391 Sprint pkwy,
Overland Park, KS 66251

Steven Firedland, Esq
Dyne, Friedland & Orani
c/o Caine & Weiner Company, Inc.
6355 Topanga Canyon Blvd, Suite 235
Woodland Hills, CA 91367

Tygris Commercial Finance
Dept 1608, Denver, CO 80291

Bryan S. Westerfield
Walraven & Lehman LLP
120 Vantis, Suite 535
Aliso Viejo, CA 92656

Verizon Wireless
```

**ORDER**

```
Attn: Bankruptcy Administration
P.O. Box 3397, Bloomington, IL 61702
```

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* __**ORDER TO SHOW CAUSE RE: CONTEMPT**__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of __6/21/2010__, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
    Anthony Egbase info@anthonyegbaselaw.com
    Nancy S. Goldenberg – nancy.goldenberg@usdoj.gov
    United States Trustee(SA) – ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

20 largest unsecured creditors

☒ Service information continued on attached page

**ORDER**

CREDITORS

Nara Bank
3731 Wilshire Blvd, Suite 1000
Los Angeles, CA 90010

AT&T
P.O.Box 60017
Los Angeles, CA 90060

Attorney for Uniprise, Inc. akaUnited Healthcare
Larry A.Walraven
120 Vantis, Suite 535
Aliso Viejo, CA 92656

Candela Corp
530 Boston Post Road
Wayland, Ma 01778

California Bank Trust
550 Hope Street,
Los Angeles, CA 90071

Corona Point Associates, LLC
P.O.Box 15717
Beverly Hills, CA 90209

Daron L. Tooch
Hooper Lundy & Bookman, Inc.
1875 Century Park East, Suite 1600

De Lage Landen Financial Services, Inc
P.O.Box 41602
Philadelphia, PA 19102

Direct TV
P.O.Box 6550
Englewood, CA 80155

Don C. Shervood, Esq
Sherwood and Hardgrove
Douglas Emmett 1995, LLC. A Delaware
11812 San Vicente Blvd, Suite 210
Los Angeles, CA 90049

**ORDER**

```
 1   Excel Management West Hollywood
     P.O.Box 5357, Beverly Hills, CA 90209
 2

 3   FCI Lender Services
     Agent for Nara Bank
 4   8180 E. Kaiser Blvd.
     Anaheim, CA 92808
 5

 6   Francis T.Sakamaki
     Yellow Book Sales and Distributor
 7   500 B. State College Blvd, Suite 1100
     Orange, CA 92868
 8

 9   Harry Nelson
     Fenton & Nelson, LLP
10   11835 W. Olympic Blvd, Suite 705
     Los Angeles, CA 90064
11

12   Hemar, Rousso & Heald LLP
     c/o De Lage Landen, ETC
13   15910 Ventura Blvd, 12th Floor
     Encino, CA 91436
14

15   John A. Cone, Jr.
     Cone & Kassel
16   2030 Main Street, Suite 1040
     Irvine, CA 92614
17

18   Sprint
     6391 Sprint pkwy,
19   Overland Park, KS 66251

20
     Steven Firedland, Esq
21   Dyne, Friedland & Orani
     c/o Caine & Weiner Company, Inc.
22   6355 Topanga Canyon Blvd, Suite 235
     Woodland Hills, CA 91367
23

24   Tygris Commercial Finance
     Dept 1608, Denver, CO 80291
25

26   Bryan S. Westerfield
     Walraven & Lehman LLP
27   120 Vantis, Suite 535
     Aliso Viejo, CA 92656
28
```

**ORDER**

Verizon Wireless
Attn: Bankruptcy Administration
P.O. Box 3397, Bloomington, IL 61702

**ORDER**